UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

    - against -

PAULINE WILTSHIRE,

           Defendant.

-------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

10-MJ-1395

TO: Justin D. Lerer
    United States Attorney's Office
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, NY 11201-1820

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kish & Lietz, P.C. and a member in good standing of the Bar of the State of Georgia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant Pauline Wiltshire. There are no pending disciplinary proceeding s against me in any State or Federal court.

(Signature on following page)

Respectfully submitted,

/s/ Paul S. Kish
_____
PAUL S. KISH
Kish & Lietz, P.C.
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
paul@law-kl.com
404-588-3991

Dated: This 4th day of January, 2011.

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA              AFFIDAVIT OF
                                      PAUL S. KISH IN SUPPORT OF
     - against -                      MOTION TO ADMIT
                                      COUNSEL PRO HAC VICE
PAULINE WILTSHIRE,
                                      10-MJ-1395
          Defendant.

------------------------------X

State of New York    )
                     )  ss:
County of New York   )
```

PAUL S. KISH, being duly sworn, hereby deposes and says as follows:

1. I am partner with the law firm of Kish & Lietz, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Georgia.

4. There are no pending disciplinary proceeding against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case of defendant Pauline Wiltshire.

(Signature on following page)

Respectfully submitted,

_____
PAUL S. KISH
Kish & Lietz, P.C.
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
paul@law-kl.com
404-588-3991

Dated: This 4th day of January, 2011.

NOTARIZED

M.S. White  1/4/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

- against -

PAULINE WILTSHIRE,

          Defendant.

-------------------------------X

ADMISSION TO PRACTICE
PRO HAC VICE

10-MJ-1395

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Paul S. Kish is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Pauline Wiltshire.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                  United States District Judge
                                                  Magistrate

cc: Pro Hac Vice Attorney
    Court File



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **PAUL STEPHEN KISH, 424277,** was duly admitted to practice in said Court on October 1, 1984 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 4th day of January, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: *Phyllis Brannon*
Phyllis Brannon
Deputy Clerk

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653023894
Cashier ID: egoddard
Transaction Date: 01/05/2011
Payer Name: PAUL S KISH
------------------------------------
PRO HOC VICE
 For: PAUL S KISH
 Case/Party: D-NYE-1-10-MJ-001395-000
 Amount:      $25.00
------------------------------------
CREDIT CARD
 Amt Tendered: $25.00
------------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00
```