

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2010R00343

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 0 8 2011 ★

**BROOKLYN OFFICE**

*225 Cadman Plaze East*
*Brooklyn, New York 11201*

March 4, 2011

Ms. Pauline Wiltshire

      Re: U.S. vs. Pauline Wiltshire
      <u>Criminal Docket No. CR-11-0164</u>

Dear Ms. Wiltshire:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Wednesday, the 16th day of March, 2011 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By: Grand Jury Coordinator (RG)

CC: Hon. Dora L. Irizarry (Mag. Pollak will accept the plea.)

    Justin D. Lerer
    Assistant U.S. Attorney

    Paul S. Kish, Esq.

    Pretrial Services Officer