**CRIMINAL CAUSE FOR PLEADING**

Before: **Dora L. Irizarry, U.S.D.J.**     Date: **September 22, 2011**     Time in Court: **0:45**

Docket Number: **11-CR-164**

Defendant's Name:   **Pauline Wiltshire**                                                            #1
   **X** Present          ___Not Present          ___Custody          **X** Bail

Defense Counsel:     **Paul Kish**
                   ___ CJA          **X**   RET          ___ F.D.

A.U.S.A.  **Justin Lerer by Seth DuCharme**

Reporter:   **Fred Guerino**                              Deputy Clerk: **Christy Carosella**

- The Defendant was sworn, informed of his rights, and waives trial before the district court.
- The Defendant withdraws her previously entered plea of not guilty, and enters a GUILTY PLEA to count 1 of the indictment.
- The Court finds factual bases for and accepts the Defendant's guilty plea.
- The Probation Department shall disclose the presentence report (PSR) by December 22, 2011.
- Sentencing is set for February 10, 2012 at 2:00 PM.
- Parties are advised of Judge Irizarry's sentencing procedures and *Standard Requirements for Criminal Cases* (available on the court website) with respect to deadlines/requirements for objections to the PSR and sentencing submissions; questions are directed to the courtroom deputy.
- The Defendant is continued on bond.

**Pursuant to Federal Rule 11 of Criminal Procedure, Judge Irizarry did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The plea of guilty has been accepted. The defendant entered a plea of guilty to the indictment without a plea agreement.**