IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 11-CR-164-DLI |
| | ) | |
| PAULINE WILTSHIRE | ) | |

MOTION FOR LEAVE OF ABSENCE

COMES NOW, Paul S. Kish, counsel for Pauline Wiltshire, and hereby files this Motion for Leave of Absence, respectfully requesting a leave of absence in the above referenced matter. The undersigned will be unavailable from December 23, 2011 through January 3, 2012.

DATED: This 15th day of November, 2011.

Respectfully submitted,

*/s/ Paul S. Kish*
PAUL S. KISH
Georgia State Bar No. 424277
ATTORNEY FOR
PAULINE WILTSHIRE

Kish & Lietz, P.C.
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-588-3991; Fax 404-588-3995
paul@law-kl.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing Motion for Leave of Absence by electronic delivery upon:

    AUSA Justin Lerer
    271 Cadman Plaza
    Brooklyn, New York 11021

DATED: This 15th day of November, 2011.

                                                     */s/ Paul S. Kish*
                                                     PAUL S. KISH
                                                     Georgia State Bar No. 424277
                                                     ATTORNEY FOR
                                                     PAULINE WILTSHIRE

Kish & Lietz, P.C.
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-588-3991; Fax 404-588-3995
paul@law-kl.com