PROB 12C
(EDNY 7/09)

PACTS#1

# United States District Court

## for the

## Eastern District of New York

### Petition for Summons for Offender Under Supervision

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 04 2012 ★
BROOKLYN OFFICE

Case Number: 11-CR-164

Name of Offender: Pauline Wiltshire

Name of Sentencing Judicial Officer:  The Honorable Dora L. Irizarry
U.S. District Judge

Date of Original Sentence:  April 16, 2012

Original Offense:  Conspiracy to Distribute Adderall, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 846(b)(1)(C), a Class C Felony.

Original Sentence:  Imprisonment - Time Served
Supervised Release -  Five (5) years
Probation -

Type of Supervision:  TSR          Date Supervision Commenced:  04/16/2012

Asst. U.S. Attorney:  Justin D. Lerer          Defense Attorney:  Paul S. Kish

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | False Statements to Law Enforcement Officer(s) |
| 2. | Leaving the District Without Permission |

Read 6/4/12

Prob 12C                                    -2-                    *Petition for Warrant or Summons*
                                                                   *for Offender Under Supervision*
Name of Offender: Pauline Wiltshire                                *Case Number: 11-CR-164*

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [ X ]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 24, 2012

Approved: *[signature]*
SUSPO

*[signature]*
Erin Lopriore
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]    No Action
[ ]    The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[X]    The Issuance of a Summons
[ ]    Other

s/DLI
_____
Signature of Judicial Officer

May 31, 2012
Date