Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 27 2012 ★

LONG ISLAND OFFICE

U.S.A. vs Pauline Wiltshire                                    Docket No. 11-CR-164

| SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR ||||
|---|---|---|---|
| You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Pauline Wiltshire | SEX<br>Female | RACE<br>White | AGE<br>31 |
| ADDRESS(STREET, CITY, STATE)<br>63 Sherman Street, Portsmouth, Ohio 45662 ||||
| SENTENCE IMPOSED BY<br>The Honorable Dora L. Irizarry, Eastern District of New York | DATE IMPOSED<br>May 31, 2012 |||
| DATE, TIME AND PLACE TO APPEAR:<br>The Honorable Dora L. Irizarry, U.S. District Court, Eastern District of New York<br>July 30, 2012, at 2:00p.m.<br>Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 ||||
| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK<br>[signature] || DATE<br>12 JUN 2012 |

| RETURN |||
|---|---|---|
| DATE RECEIVED | DATE SERVED<br><br>June 15, 2012 | METHOD OF SERVICE<br>1. (✓) Copy of summons given to offender in person (SCANNED E-MAIL COPY GIVEN TO DEFENDANT)<br>2. ( ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein |
| SERVICE BY: THOMAS A. BARBEAU<br>U.S. Probation Officer, SOUTHERN DISTRICT OF OHIO |||
| Signature of USPO:<br>[signature] | Date Returned to Clerk's Office | |