

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL
F.#2011R00343

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 8, 2012

By ECF and Hand

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:  United States v. Pauline Wiltshire
>        Criminal Docket No. 11-164 (DLI)

Dear Judge Pohorelsky:

   The government respectfully submits this letter on behalf of both parties to request that the telephonic status conference in the above-captioned matter, currently scheduled for August 9, 2012 at 3:00 p.m., be adjourned to August 14, 2012, at a time after 2:00 p.m.  Neither counsel is available at the currently scheduled time of the status conference.  However, both counsel are available on August 14, 2012, after 2:00 p.m.

>                        Respectfully submitted,
>
>                        LORETTA E. LYNCH
>                        UNITED STATES ATTORNEY
>
>                    By: /s/ Justin D. Lerer
>                        Justin D. Lerer
>                        Assistant U.S. Attorney
>                        (718) 254-6124

cc:  Paul S. Kish, Esq. (by ECF)