# CRIMINAL CAUSE FOR TELEPHONE CONFERENCE

BEFORE**: VIKTOR V. POHORELSKY**     DATE: 08/14/12     START: 2:45 p.m.
                                                        END:    3:00 p.m.

CR 11-164 (DLI)

DEFT NAME: Pauline Wiltshire                                          #
       present     X not present         Cust.        X  Bail

DEFENSE COUNSEL: Paul Kish

X  present      not present          CJA         X  RET.        FED DFT.

A.U.S.A.: Justin Lerer

CLERK: Jim Toritto


  X   CASE CALLED.         ___ DEFTS.  FIRST APPEARANCE.

DEFT ____      ARRAIGNED         __   INFORMED OF RIGHTS
              DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.
              DEFT ENTERS **NOT GUILTY PLEA TO THE MISDEMEANORS**

__    BAIL        _ SET        _  CONT'D FOR DEFT.
__    DEFT CONT'D IN CUSTODY.
__    CASE ADJ'D TO_____        FOR_____
__    TRIAL SET FOR _____

__    **SPEEDY TRIAL** INFO FOR DEFT       _   STILL IN EFFECT
      CODE TYPE___     START_____      STOP_____
      __ORDER / WAIVER EXECUTED & FILED.    _ ENT'D ON RECORD.

OTHER: -Telephone Conference held re scheduling hearing on violation of probation
       -Counsel shall file a letter by 8/17/12 with proposed dates for the hearing.